464 A.2d 524

Cortez v. Cortez, Appellant.

Submitted June 17, 1983. Arthur M. Lobel, for appellant; James F. Carney, for appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

The order of the learned and distinguished Judge Gregory G. Lagakos, based upon the notions expressed in the able and perceptive opinion he prepared prior to his death, is affirmed.